UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 14 2025 ★
BROOKLYN OFFICE

CHARLES MAXWELL # 4412400965

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CHARLES MAXWELL

-against-   Rikers Island.

OBCC Facility / Correction Officers
4+ member of Correction
officers.

_____
_____
_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES _____   NO ✓

25-cv-2827-NCM-PK

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff CHARLES MAXWELL

If you are incarcerated, provide the name of the facility and address

RNDC
11-11 Hazen street, East Elmhurst
N.Y. 11370

Prisoner ID Number 4412400965

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: John Doe

Job Title: Correction officer

Address: 16-00 Hazen Street, East Elmhurst, N.Y. 11370

Defendant No. 2

Full Name: Jane Doe

Job Title: Correction officer

Address: 16-00 Hazen Street, East Elmhurst, N.Y. 11370

Defendant No. 3

Full Name: John Doe

Job Title: Correction Officer

Address: 16-00 Hazen Street, N.Y. 11370

East Elhurst, NY, 11370
**Address**

**Defendant No. 4**

John Doe
**Full Name**

Correction Officer
**Job Title**

16-00 Hazen Street, East Elhurst, NY, 11370
**Address**

**Defendant No. 5**

John Doe
**Full Name**

Correction Officer
**Job Title**

16-00 Hazen Street, East Elhurst, NY, 11370
**Address**

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? OBCC Facility Hallway Area.

When did the events happen? (include approximate time and date) 4/4/25 11am - 12pm

3

Facts: (what happened?) On 4/4/25 between 11am-12pm In facility OBCC I was being escorted back from the clinic with an correction officer from an emergency clinic response. Medical complaint on issues with trouble breathing, blurr vision and on/off headache and chest pains. After walking pass the first 2 officers (John Doe & Jane Doe) C.O. The first C.O. made a negative comment, which I responsed to with "For what reason". That mislead another officer to respond in a verbal threathing matter. (All on camera servallance). While walking with a C.O. escort, the C.O. (Correction Officer) approach me (as if he wanted to fight), which made others officers to surround me. That made another C.O. to spray me with mase for no reason from the side view, while the other two C.O. grab each of my legs with no support with an attempt to make me fall face first on the floor, with no vision to see after the fall on partial side of my face and head

II.A. **Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Right side of my face swell and ear, missing tooth, marks on my face, swell left and right wrist, especialy my right wrist from over tighten of cuffs, noise slightly swell, still trouble breathing before and after spray with mase, chest pains. I was treat after incident but to be convience by staff to refused injuries, but I still made an report statement. That same evening the move me out the building. 3 days later another building, to avoid my continue medical treatment. Soon after I did go to emergency but side hospital to bellvue hospital on ongoing medical issues, on headach and chest pains. Blurry vision, constant eye burn

4

continue page I-of-2

and chest. with over tight cuff on my wrist started to swell along with my upper eye, noise and side face and head. I was then escorted to Intake, while twisting my wrist more tighten cuffs, bending arms. Then strip search, then sent in a small shower cell for an hour plus/2hr. After only my back was taken photo when finally taken to medical on Injury, medical staff was trying to convince me multiply times to refused Injury report in favor of the correctional Officer which I refused and continue on with reporting my Injury. After that was sent back into Intake for several hours in a cell until they decide to send me out the building to another facility building for about three day's then to another to avoid any medical assistance.

After visit to Bellvue hospital Still waiting on my reports.

III. **Relief:** State what relief you are seeking if you prevail on your complaint.

Continue on with Medical Assistence, which is a big Issue being denied on Rikers Island. Compensated for pain and suffering, Through on going Abuse with Correctional officer That go on undocument even if you complaint verbal and written document, They Cover up, and Mentally I ~~suffering~~ struggling with Mental Health.

I declare under penalty of perjury that on __4/4/25__ (date), I delivered this complaint to prison authorities at __OBCC/Rikers Island__ (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __4/30/25__

_____
Signature of Plaintiff

__RNDC__
Name of Prison Facility or Address if not incarcerated

__11-11 Hazen street, East Elmhurst, N.Y 11370__
Address

__44/2400965__
Prisoner ID#

rev. 12.1.2015

5

Charles Maxwell # 9412400965
RNDC
11-11 Hazen Street,
East Elmhurst, N.Y. 11370

Pro se office

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn
N.Y. 11201

