UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CHARLES MAXWELL,

                Plaintiff,

      -against-

JOHN DOE CORRECTION OFFICER #1; JANE
DOE CORRECTION OFFICER # 1; JOHN DOE
CORRECTION OFFICER #2; JOHN DOE
CORRECTION OFFICER # 3; and JOHN DOE
CORRECTION OFFICER # 4,

                Defendants.
-------------------------------------------------------------------x

**ORDER**

25-CV-2827 (NCM)(PK)

**Peggy Kuo, United States Magistrate Judge**:

    *Pro se* Plaintiff Charles Maxwell, who is currently incarcerated at the Robert N. Davoren Center on Rikers Island, filed this action pursuant to 42 U.S.C. § 1983 ("§ 1983") against John and Jane Doe correction officers at the Otis Bantum Correctional Center ("OBCC") in connection with an alleged incident that occurred around 11:00 a.m. on April 4, 2025 and related events. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is granted.

    Pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), the Court requests that Corporation Counsel for the City of New York attempt to ascertain the full names and service addresses of the John and Jane Doe correction officers who were involved in the April 4, 2025 incident at the OBCC. Corporation Counsel need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which Plaintiff may name and properly serve Defendants as instructed by the Second Circuit in *Valentin*. Once this information is provided, the Clerk of Court is directed to amend the caption of the Complaint to reflect that information and to issue a summons against Defendants, and the United States Marshals Service shall serve the summons upon Defendants without prepayment of fees.

The Clerk of Court is respectfully directed to serve this Order upon the Corporation Counsel for the City of New York, Special Federal Litigation Division and also mail a copy to the Plaintiff.

*Peggy Kuo*
PEGGY KUO
United States Magistrate Judge

Dated: Brooklyn, New York
June 2, 2025