UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------- x

CHARLES MAXWELL

                                        Plaintiff,                **NOTICE OF APPEARANCE**

                      -against-                                   25-CV-2827 (NCM)(PK)

JOHN DOE OBCC CORRECTION OFFICERS #1-4, et al,

                                        Defendants.

----------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for interested party the Corporation Counsel of the City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
              August 5, 2025

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of
                                          New York
                                        *Attorney for Interested Party the*
                                        *Corporation Counsel of the City of New*
                                        *York*
                                        100 Church Street,
                                        New York, New York 10007
                                        P: (212) 356-2670

                                        By:    *John McLaughlin /s/*
                                               John McLaughlin, Esq.
                                               *Assistant Corporation Counsel*

Cc:    **<u>VIA FIRST CLASS MAIL</u>**
     Charles Maxwell
     #4412400965
     Robert N. Davoren
     11-11 Hazen Street
     East Elmhurst, NY 11370
     *Plaintiff Pro Se*