# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25-cv-04016-RA

| | |
|---|---|
| Maxwell v. Rikers Island et al<br>Assigned to: Judge Ronnie Abrams<br>Cause: 42:1983 Prisoner Civil Rights | Date Filed: 05/13/2025<br>Jury Demand: None<br>Nature of Suit: 555 Prisoner: Prison Condition<br>Jurisdiction: Federal Question |

**Plaintiff**

**Charles Maxwell**     represented by     **Charles Maxwell**
4412400965
Rikers Island
11-11 Hazen St.
East Elmhurst, NY 11370
*PRO SE*

V.

**Defendant**

**Rikers Island**
*TERMINATED: 05/21/2025*

**Defendant**

**John Doe Correctional Officers 1-4**

**Defendant**

**City Of New York**     represented by     **John McLaughlin**
New York City Law Department
Special Federal Litigation
100 Church St
Ste 3-183
New York, NY 10007
212-356-2670
Email: jmclaugh@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2025 | 1 | COMPLAINT against John Doe Correctional Officers 1-4, Rikers Island. Document filed by Charles Maxwell..(nb) (Entered: 05/15/2025) |
| 05/13/2025 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Charles Maxwell..(nb) (Entered: 05/15/2025) |
| 05/13/2025 | | Case Designated ECF. (nb) (Entered: 05/15/2025) |

| | | |
|---|---|---|
| 05/13/2025 | 3 | PRISONER AUTHORIZATION. Document filed by Charles Maxwell..(nb) (Entered: 05/15/2025) |
| 05/15/2025 | 4 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24-MISC-127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self-represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self-represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self-represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 5/15/2025) (nb) (Entered: 05/15/2025) |
| 05/15/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self-represented party who has not consented to electronic service, the filing party must serve the document on such self-represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information.. (nb) (Entered: 05/15/2025) |
| 05/15/2025 | 5 | ORDER GRANTING IFP APPLICATION IN PRISONER CASE: Plaintiff's application for leave to proceed without prepayment of fees is granted. A prisoner bringing a civil action is required to pay the full $350 filing fee even when proceeding *in forma pauperis* (IFP), that is, without prepayment of fees.... The Court must collect, when funds exist in a prisoner's account, an initial partial filing fee plus monthly payments.... Accordingly, the Clerk of the Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of the Plaintiff.... The Clerk of the Court is also directed to send a copy of this order to Plaintiff and note service on the docket.... (Signed by Judge Laura Taylor Swain on 5/15/2025) (nb) (Entered: 05/15/2025) |
| 05/16/2025 | | MAILING RECEIPT: Document No: 4. Mailed to: Charles Maxwell 4412400965 Rikers Island 11-11 Hazen St. East Elmhurst, NY 11370. (mjy) (Entered: 05/16/2025) |
| 05/20/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Ronnie Abrams. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 05/20/2025) |
| 05/20/2025 | | Magistrate Judge Robyn F. Tarnofsky is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vba) (Entered: 05/20/2025) |

| | | |
|---|---|---|
| 05/21/2025 | 7 | ORDER OF SERVICE: The Court dismisses Plaintiff's claims against Rikers Island. See 28 U.S.C. § 1915(e)(2)(B)(iii). The Clerk of Court is respectfully directed to add the City of New York as a Defendant under Fed. R. Civ. P. 21. The Clerk of Court is further directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendant City of New York waive service of summons. The Clerk of Court is directed to mail a copy of this order and the complaint to the New York City Law Department at: 100 Church Street, New York, N.Y. 10007. The Clerk of Court is also directed to mail an information package to Plaintiff. An "Amended Complaint" form is attached to this order. SO ORDERED. ( Waiver of Service due by 6/20/2025.), City Of New York added. Rikers Island terminated. (Signed by Judge Ronnie Abrams on 5/21/2025) (vfr) Transmission to Pro Se Assistants for processing. (Entered: 05/21/2025) |
| 05/22/2025 | 8 | INFORMATION PACKAGE MAILED to Charles Maxwell 4412400965 Rikers Island 11-11 Hazen St. East Elmhurst, NY 11370, at, on 5/22/2025 Re: 7 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge. (nb) (Entered: 05/22/2025) |
| 05/22/2025 | | Mailed a copy of 7 Order of Service, 1 Complaint to New York City Law Department at: 100 Church Street, New York, N.Y. 10007. (nb) (Entered: 05/22/2025) |
| 06/06/2025 | | Pro Se Payment of Fee Processed: $0.05 Check processed by the Finance Department on 6/5/2025, Receipt Number 40455. (je) (Entered: 06/06/2025) |
| 06/20/2025 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. City Of New York waiver sent on 6/20/2025, answer due 8/19/2025. Document filed by City Of New York..(Zangrilli, Joseph) (Entered: 06/20/2025) |
| 07/09/2025 | | Pro Se Payment of Fee Processed: $12.81 Check processed by the Finance Department on 6/30/2025, Receipt Number 41325. (je) (Entered: 07/09/2025) |
| 07/21/2025 | 10 | NOTICE OF APPEARANCE by John McLaughlin on behalf of City Of New York..(McLaughlin, John) (Entered: 07/21/2025) |
| 07/21/2025 | 11 | LETTER addressed to Judge Ronnie Abrams from John McLaughlin dated 7/21/2025 re: identifying John Doe correction officers pursuant to Court's May 21, 2025 Valentin Order (ECF No. 7). Document filed by City Of New York..(McLaughlin, John) (Entered: 07/21/2025) |
| 07/28/2025 | 12 | ORDER OF SERVICE: No later than August 29, 2025, Plaintiff must file an amended complaint that includes the names of the officers he wishes to sue. The amended complaint will replace, not supplement, the original complaint. An amended complaint form is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen it and, if necessary, issue an order asking Defendants to waive service. The Clerk of Court is respectfully directed to mail a copy of this order and the attached amended complaint form to Plaintiff. SO ORDERED., ( Amended Pleadings due by 8/29/2025.) (Signed by Judge Ronnie Abrams on 7/28/25) (yv) Transmission to Pro Se Assistants for processing. (Entered: 07/28/2025) |
| 07/29/2025 | | MAILING RECEIPT: Document No: 12. Mailed to: Charles Maxwell 4412400965 Rikers Island 11-11 Hazen St. East Elmhurst, NY 11370. (kma) (Entered: 07/29/2025) |